# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156708(56)

MATTHEW T. THIEL and NIKOLE M. THIEL,
      Plaintiffs/Counterdefendants-
      Appellees,
and

WILLIAM TRAYWICK and MARCIA
TRAYWICK,
      Intervening Plaintiffs/
      Counterdefendants-Appellees,

v

DAVID L. GOYINGS and HELEN M.
GOYINGS,
      Defendants/Counterplaintiffs-
      Appellants.

SC: 156708
COA: 333000
Allegan CC: 15-055184-CK

_____/

On order of the Chief Justice, the motion of the Modular Home Builders Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2018



Clerk